CONNOR W. OLSON (SB #291493)
Law Offices of Connor W. Olson
520 Capitol Mall, Suite 150
Sacramento, CA 95814
office@cwo-law.com
Telephone: (916) 905-7276

**Attorney for Plaintiff and Putative Class**
*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GARLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01879-JAM-AC<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS** on August 11, 2020, Plaintiff Brian Garlough ("Plaintiff") filed a Class Action Complaint, Case No. STK-CV-UBC-2020-6595, in the Superior Court of the State of California, County of San Joaquin ("State Court Action").

**WHEREAS** on August 27, 2020, Plaintiff Brian Garlough ("Plaintiff") filed a First Amended Class Action Complaint in the State Court Action.

**WHEREAS** on September 18, 2020, Defendant FCA US LLC ("Defendant") removed the State Court Action to the United States District Court, Eastern District of California.

**WHEREAS** on October 23, 2020, Defendant filed a Rule 12(b)(2) Motion to Dismiss Plaintiff's First Amended Class Action Complaint and a separate Rule 12(b)(6) Motion to Dismiss Plaintiff's First Amended Class Action Complaint.

**WHEREAS** Plaintiff seeks to file his Second Amended Complaint for Damages, which adds two causes of action, one for Violation of Manufacturer's Duties Under the Song-Beverly Consumer Warranty Act against Defendant, as well as one for breach of contract against Lithia Motors, Inc., and Lithia DMID, Inc., who Plaintiff seeks to add as Defendants.

**WHEREAS** Defendant does not oppose Plaintiff being granted leave to file a Second Amended Complaint..

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file his Second Amended Complaint for Damages.

2. Defendant does not waive any jurisdictional arguments by entering into this Stipulation; and

3. Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

| | |
|---|---|
| Dated: 11/3/2020 | By: _/S/ Connor W. Olson_<br>**Connor W. Olson, SBN 291493**<br>Law Offices of Connor W. Olson<br>520 Capitol Mall, Suite 150<br>Sacramento, CA 95814<br>connor@cwo-law.com<br>Phone: 916-905-7276<br><br>**Tiangay M. Kemokai, SBN 331807**<br>Tiangay Kemokai Law, P.C.<br>520 Capitol Mall, Suite 150<br>Sacramento, CA 95814<br>info@tiangaykemokai-law.com<br>Phone: 916-213-0908<br><br>**Attorneys for Plaintiff Brian Garlough** |
| | **DONAHUE DAVIES LLP** |
| Dated: 11/3/2020 | By: _/S/ Mary A. Stewart_<br>Robert E. Davies<br>Mary A. Stewart<br>Attorneys for Defendant<br>FCA US LLC |

-3-
STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES

## **ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff Brian Garlough is granted leave to file his Second Amended Complaint for Damages.

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

**IT IS FURTHER ORDERED** that the Second Amended Complaint for Damages shall be filed within 7 days.

IT IS SO ORDERED

DATED: November 4, 2020         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE