CONNOR W. OLSON (SB #291493)
Law Offices of Connor W. Olson
520 Capitol Mall, Suite 150
Sacramento, CA 95814
office@cwo-law.com
Telephone: (916) 905-7276

**Attorney for Plaintiff and Putative Class**
*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GARLOUGH, | CASE NO.: 2:20-cv-01879-JAM-AC |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **REGARDING RULE 26(f) CONFERENCE AND JOINT STATUS REPORT** |
| FCA US LLC, a Delaware limited liability company; and DOES 1 through 250, inclusive, | |
| Defendants. | |

    **WHEREAS** on September 18, 2020, the Court entered an order requiring the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) by November 17, 2020, and to submit a Joint Status Report.  *See* ECF #2.

    **WHEREAS** on November 10, 2020, Plaintiff Brian Garlough ("Plaintiff") filed a Second Amended Class Action Complaint, which named as new defendants Lithia DMID, Inc. and Lithia Motors, Inc.  *See* ECF #17.

    **WHEREAS** on November 12, 2020, a summons was issued for Lithia DMID, Inc., Lithia Motors, Inc.  As of November 16, 2020, the summons has not been served.

    **WHEREAS** the participation of Lithia DMID, Inc. and Lithia Motors, Inc. is necessary to conduct a meaningful Rule 26(f) conference and for the parties to prepare a thorough Joint Status Report for moving this case forward.

    **WHEREAS** an extension of the deadline for the parties to conduct Rule 26(f) conference and to submit a Joint Status Report until 45 days after Lithia DMID, Inc. and Lithia Motors, Inc.

STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES

has appeared in this case will allow the newly-named defendants to participate in the conference and the preparation of the Joint Status Report.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant FCA US LLC, by and through their respective counsel, and subject to Court approval, that:

1.    The deadline for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) and to submit a Joint Status Report set forth in the Court's September 18, 2020 Order is hereby vacated.

2.    All parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a Joint Status Report within 45 days of newly-named defendants Lithia DMID, Inc. and Lithia Motors, Inc. appearing in the case.

-2-

Dated:  11/16/2020

By:_____*/S/ Connor W. Olson*_____
**Connor W. Olson**, SBN 291493
Law Offices of Connor W. Olson
520 Capitol Mall, Suite 150
Sacramento, CA 95814
connor@cwo-law.com
Phone: 916-905-7276

**Tiangay M. Kemokai,** SBN 331807
Tiangay Kemokai Law, P.C.
520 Capitol Mall, Suite 150
Sacramento, CA 95814
info@tiangaykemokai-law.com
Phone: 916-213-0908

**Attorneys for Plaintiff Brian Garlough**


**DONAHUE DAVIES LLP**

Dated:  11/16/2020

By:_____*/S/ Mary A. Stewart*_____
Robert E. Davies
Mary A. Stewart
Attorneys for Defendant
FCA US LLC

-3-

1

### **ORDER**

2       The Court, having reviewed the foregoing Stipulation, and good cause appearing

3 therefore:

4       **IT IS HEREBY ORDERED** the deadline for the parties to confer pursuant to Federal

5 Rule of Civil Procedure 26(f) and to submit a Joint Status Report set forth in the Court's September

6 18, 2020 Order is hereby vacated.

7       **IT IS ALSO ORDERED** all parties shall confer pursuant to Federal Rule of Civil

8 Procedure 26(f) and submit a Joint Status Report within 45 days of newly-named defendants

9 Lithia DMID, Inc. and Lithia Motors, Inc. appearing in the case.

10

11 IT IS SO ORDERED

12

13 DATED: November 17, 2020                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
14                                            UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR
DAMAGES