Richard E. McGreevy (SBN 71889)
Brian Leach (SBN 244744)
Leach & McGreevy, LLP
2833 Laguna Street
San Francisco, CA 94123
Telephone: 415-775-4455
Facsimile: 415-775-7435

Attorneys for Defendants
LITHIA MOTORS, INC. and
LITHIA DMID, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GARLOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware limited liability Company; LITHIA MOTORS, INC., an Oregon corporation; LITHIA DMID, INC., a Texas corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01879-JAM-AC<br><br>**ORDER EXTENDING DEFENDANTS LITHIA MOTORS, INC. AND LITHIA DMID, INC.'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

The Court, having reviewed the December 11, 2020 Stipulation, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants LITHIA MOTORS, INC. and LITHIA DMID, INC.'s time to respond to the Second Amended Complaint is extended to December 22, 2020.

**IT IS SO ORDERED.**

DATED:  December 11, 2020         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE