CONNOR W. OLSON (SB #291493)
Law Offices of Connor W. Olson
520 Capitol Mall, Suite 150
Sacramento, CA 95814
office@cwo-law.com
Telephone: (916) 905-7276

**Attorney for Plaintiff**
*Additional Attorneys Listed on Signature Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GARLOUGH,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company; and DOES 1 through 250, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-01879-JAM-AC<br><br>**STIPULATION AND ORDER REGARDING RULE 26(f) CONFERENCE AND JOINT STATUS REPORT** |

**WHEREAS** on September 18, 2020, the Court entered an order requiring the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) by November 17, 2020, and to submit a Joint Status Report. *See* ECF #2.

**WHEREAS** on November 10, 2020, Plaintiff Brian Garlough ("Plaintiff") filed a Second Amended Class Action Complaint, which named as new defendants Lithia DMID, Inc. and Lithia Motors, Inc. *See* ECF #17.

**WHEREAS** on November 18, 2020, the Court extended the deadline for the parties to conduct their Rule 26(f) conference and submit a Joint Status Report until 45 days after Defendants Lithia DMID, Inc., and Lithia Motors, Inc., appeared in the case. *See* ECF #21.

**WHEREAS** on December 8, 2020, Defendant FCA US LLC filed Motions to Dismiss pursuant to Rule 12(b)(2) and Rule 12(b)(6), and on December 22, 2020, Defendants Lithia DMID, Inc. and Lithia Motors, Inc. filed Motions to Dismiss pursuant to Rule 12(b)(2) and Rule 12(b)(6). All briefing on those motions is complete.

**WHEREAS** an extension of the deadline for the parties to conduct Rule 26(f) conference and to submit a Joint Status Report until 10 days after the Court rules on Defendants Lithia DMID, Inc., Lithia Motors, Inc., and FCA US LLC's Motions to Dismiss will avoid any waste and will allow the parties to conduct a more meaningful conference and Joint Status Report.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants Lithia DMID, Inc., Lithia Motors, Inc., and FCA US LLC, by and through their respective counsel, and subject to Court approval, that:

1. The deadline for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) and to submit a Joint Status Report set forth in the Court's November 18, 2020 Order is hereby vacated.

2. All parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a Joint Status Report within 10 days of the Court's ruling on Defendants Lithia DMID, Inc., Lithia Motors, Inc., and FCA US LLC's Motions to Dismiss.

Dated: 2/5/2021

By: */S/ Connor W. Olson*
*Connor W. Olson*, **SBN 291493**
Law Offices of Connor W. Olson
520 Capitol Mall, Suite 150
Sacramento, CA 95814
connor@cwo-law.com
Phone: 916-905-7276

*Tiangay M. Kemokai,* **SBN 331807**
Tiangay Kemokai Law, P.C.
520 Capitol Mall, Suite 150
Sacramento, CA 95814
info@tiangaykemokai-law.com
Phone: 916-213-0908

**Attorneys for Plaintiff Brian Garlough**

|     |                    |                                              |
| --- | ------------------ | -------------------------------------------- |
| 1   |                    | **DONAHUE DAVIES LLP**                       |
| 2   | Dated: 2/5/2021    |                                              |
| 3   |                    | By: _____ */S/ Mary A. Stewart* _____      |
|     |                    | Robert E. Davies                             |
| 4   |                    | Mary A. Stewart                              |
|     |                    | Attorneys for Defendant                      |
| 5   |                    | FCA US LLC                                   |

**LEACH & MCGREEVY, LLP**

Dated: 2/5/2021

By: _____ */S/ Brian Leach* _____
Richard E. McGreevy
Brian Leach
Attorneys for Defendants
LITHIA MOTORS, INC. and
LITHIA DMID, INC.

## **ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** the deadline for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) and to submit a Joint Status Report set forth in the Court's November 18, 2020 Order is hereby vacated.

**IT IS ALSO ORDERED** all parties shall confer pursuant to Federal Rule of Civil Procedure 26(f) and submit a Joint Status Report within 10 days of the Court's ruling on Defendants Lithia DMID, Inc., Lithia Motors, Inc., and FCA US LLC's Motions to Dismiss.

IT IS SO ORDERED

DATED:  February 5, 2021               /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       UNITED STATES DISTRICT COURT JUDGE