## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BRIAN GARLOUGH,**

CASE NO: **2:20−CV−01879−JAM−AC**

v.

**FCA US, LLC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/02/21**

        **Keith Holland**
        Clerk of Court

ENTERED: **September 3, 2021**

by: /s/ A. Benson
Deputy Clerk